UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE THOMAS,<br><br>                          Plaintiff,<br><br>v.<br><br>ALLIANCE ONE RECEIVABLES MANAGEMENT, INC., dba ALLIANCEONE, INC.,<br><br>                          Defendant. | Case No.: 17-CV-0622 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 17]** |

   Parties have filed a joint motion to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a). [Doc. 17.]  Good cause appearing, the Court **GRANTS** the Joint Motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the motion, each party is to bear its own attorneys' fees and costs.

   **IT IS SO ORDERED.**

Dated:  September 26, 2017

_____
Hon. Thomas J. Whelan
United States District Judge